# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BECKER DESIGNS, INC.,**

       **Plaintiff,**

**-vs-**                                      **Case No. 6:06-cv-56-Orl-22DAB**

**BIKER DESIGN, INC.; ERGUN RECEL;
and NIR GIIST,**

       **Defendants/Third-Party Plaintiffs,**

**-vs-**

**ROBERT BECKER and SUSAN BECKER,**

       **Third-Party Defendants.**

_____

## ORDER

This cause is before the Court on the Motion to Dismiss Counterclaims of Ergun Recel and Nir Giist (Doc. No. 17), and on the Motion to Dismiss Third Party Complaint of Ergun Recel and Nir Giist (Doc. No. 23).

The United States Magistrate Judge has submitted a report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 4, 2006 (Doc. No. 39) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Counterclaims of Ergun Recel and Nir Giist (Doc. No. 17) is **GRANTED,** without leave to amend.

3. The Motion to Dismiss Third Party Complaint of Ergun Recel and Nir Giist (Doc. No. 23) is **GRANTED,** without leave to amend. The Clerk is directed to terminate Robert Becker and Susan Becker as parties to this action.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on August 22, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record